◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD GAMARRA, Appellant. [3 NYS3d 614]—

Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Lasak, J.), imposed January 23, 2008, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

Contrary to the defendant's contention, he knowingly, voluntarily, and intelligently waived his right to appeal (*see People v Ramos*, 7 NY3d 737, 738 [2006]). The defendant's valid waiver of his right to appeal precludes appellate review of his contention that the sentence imposed was excessive (*see People v Bradshaw*, 18 NY3d 257, 264-267 [2011]; *People v Ramos*, 7 NY3d at 738; *People v Lopez*, 6 NY3d 248, 255 [2006]). Eng, P.J., Skelos, Leventhal, Roman and Duffy, JJ., concur.